### BOSWELL *v.* JONES COMPANY.

LITTLE, J.   There was no error in the rulings or charges complained of in the
motion for a new trial, and if additional instructions would have been proper,
appropriate requests therefor should have been made ; the refusals to charge
were not, in the light of the charge given, erroneous ; the evidence warranted
the verdict for the plaintiff, and in view of the amount which the jury re-
turned in his favor, the same being less than that sued for, it is manifest that
the defendant was given the full benefit of so much of his defense as was sus-
tained by the proof.      *Judgment affirmed.   All the Justices concurring.*

Argued May 2, — Decided May 23, 1901.

Complaint on account.   Before Judge Hart.   Greene superior
court.   September 5, 1900.

*S. H. Sibley*, for plaintiff in error.   *J. B. Park Jr.*, contra.